DEFENDANT:     Nicole Posey

YOB:     1993

COMPLAINT FILED?     _____ Yes     __x__ No

OFFENSE(S):     COUNT 1: 18 U.S.C. §§ 1111, 1153 – Murder in the Second Degree in Indian Country

LOCAT. OF OFFENSE:     Ute Mountain Ute Indian Reservation (Montezuma County, Colorado)

PENALTY:     COUNT 1: Up to life imprisonment, a $250,000 fine or both, a term of supervised release of NMT five (5) years, a $100 special assessment fee, and restitution.

AGENT:     Special Agent Scott Crowley, FBI

AUTH. BY:     Jeffrey K. Graves, Assistant United States Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less     __x__ over five days     _____ other

THE GOVERNMENT

__x__ will seek detention under 18 U.S.C. 3142(f)(1)(A) and (B)

_____ will not seek detention

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:     ___ Yes     _X_ No